Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jamie K. Combs, Esq.
Nevada Bar No. 13088
KLINEDINST PC
4730 S. Fort Apache Road, Ste. 230
Las Vegas, Nevada 89147
(702) 859-4000
dbrenner@klinedinstlaw.com
jcombs@klinedinstlaw.com

Attorneys for Defendant
VW Credit, Inc.
(erroneously sued as "VW Credit, Inc.
d/b/a Audi Financial Services")

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VERNA LONGMORE,<br><br>                    Plaintiff,<br><br>          vs.<br><br>VW CREDIT, INC. D/B/A AUDI<br>FINANCIAL SERVICES,<br><br>                    Defendant. | CASE NO. 2:26-cv-01120-RFB-BNW<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT AND RESPOND TO PLAINTIFF'S PENDING MOTIONS (First Request)** |

Plaintiff Verna Longmore ("Plaintiff"), and Defendant VW Credit, Inc. (erroneously sued as "VW Credit, Inc. d/b/a Audi Financial Services") ("VCI"), by and through its counsel, pursuant to L.R. IA 6-1, hereby stipulate and agree to extend VCI's deadline to response to Plaintiff's amended complaint and pending motion to vacate arbitration award ("Motion to Vacate Arbitration Award") and motion for leave to file memorandum exceeding page limit ("Motion for Leave") and state as follows:

WHEREAS, on April 10, 2026, Plaintiff filed a complaint against VCI in the above-captioned matter. ECF 1.

WHEREAS, on April 10, 2026, Plaintiff filed her amended complaint against VCI in the above-captioned matter. ECF 9.

WHEREAS, on April 13, 2026, Plaintiff filed her Motion for Leave. ECF 4. The Court set VCI's deadline to respond as April 27, 2026.

WHEREAS, on April 13, 2026, Plaintiff filed her Motion to Vacate Arbitration Award. ECF 4. The Court set VCI's deadline to respond as April 27, 2026.

WHEREAS, VCI was served with a copy of the summons and complaint on April 15, 2026. ECF 13.

WHEREAS, VCI's deadline to respond to the amended complaint is May 6, 2026.

WHEREAS, VCI recently retained counsel, who requires additional time to review the filings and prepare an appropriate response, and to allow the parties additional time to determine whether this matter can be resolved without the need for Court intervention, the Parties have agreed to extend VCI's time to respond to the amended complaint, Motion for Leave, and Motion to Vacate Arbitration to May 15, 2026.

WHEREAS, the extension of time will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

WHEREAS, this is the first extension of time to respond to the complaint.

WHEREAS, this requested extension is made in good faith and not for purposes of delay, and the requested extension shall not prejudice Plaintiff.

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT
AND RESPOND TO PLAINTIFF'S PENDING MOTIONS

## **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and between Plaintiff and VCI, through its respective undersigned counsel that:

1. VCI's time to respond to Plaintiff's amended complaint, Motion to Vacate Arbitration Award, and Motion for Leave in this action shall be extended up to and including May 15, 2026.

2. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

IT IS SO STIPULATED.

DATED: April 23, 2026                    Respectfully submitted,


By:  */s/ Verna Longmore*
     Verna Longmore

     Plaintiff in Pro Se


DATED: April 23, 2026              **KLINEDINST PC**


By:  */s/ Jamie K. Combs*
     Darren T. Brenner, Esq.
     Nevada Bar No. 8386
     Jamie K. Combs, Esq.
     Nevada Bar No. 13088
     4730 S. Fort Apache Road, Ste. 230
     Las Vegas, Nevada 89147
     (702) 859-4000
     dbrenner@klinedinstlaw.com
     jcombs@klinedinstlaw.com

     Attorney for VCI

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE,

DATED: April 27, 2026

30846772.1

3

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT AND RESPOND TO PLAINTIFF'S PENDING MOTIONS